No. 561. STANDARD COMMERCIAL TOBACCO CO. ET AL. *v.* SNYDER, SECRETARY OF THE TREASURY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harold G. Aron, Raymond L. Wise* and *Richard L. Merrick* for petitioners. *Solicitor*

*General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for respondent.

